COURT RECORD LOAN FORM U.S. District Court
(Please Print)

THIS PORTION REMAINS WITH COURT RECORDS

No. 5:05cv157  Short Title **Retractable v Abbott**  Date 5/29/2007
To: **Lance Lee**
    Name

Documents Enclosed:
☐ Record Vols: _____
*☐ Exhibits ☐ Env. ____Trial Exhibits____
Address
☑ Box: __1__ ☐ _4 vols_ (2)
Texarkana City,  TX State  78666 Zip
☐ Supp. Record Vols. _____
*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

**Attorney Return**  **SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit.** *Complete the shaded area below and return this form to the 5th Circuit along with the documents.*

To: **Clerk, 5th Circuit**

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records above listed are returned to Clerk:
Attorney Name: _____
Date: _____

THIS PORTION REMAINS WITH COURT RECORDS

✂ Cut Here
**Clerk's Receipt** *To be completed by District Court Clerk's office and forwarded to person in previous section.*

No. _____ Short Title _____

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case have been received by Clerk:
Name: _____
Date: _____

District: _____

✂ Cut Here
**Attorney Forwarding Receipt**  *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. _____ Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _____

✂ Cut Here
**Attorney Receipt**  *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____ Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols: _____
☐ Supp. Record Vols. _____
*☐ Exhibits ☐ _____

Records in above case listed received:
Judge/Attorney Name: _____
Date: _____

District: _____ _Kim Henry_