**VENABLE**®LLP

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978

Telephone 410-244-7400
Facsimile 410-244-7742

www.venable.com

John A. McCauley          410-244-7655          jmccauley@venable.com

July 16, 2007

Clerk's Office
United States District Court
  for the Eastern District of Texas
500 Stateline Avenue, Room 302
Texarkana TX  75501

> **Re:**   *Retractable Technologies, Inc. v. Abbott Laboratories, Inc.*
> *Case No. 5:05cv157*

Dear Clerk of Court:

Enclosed is an original of the Attorney Forwarding Receipt showing that the original of the Record on Appeal was forwarded to:

George E. Bowles, Esquire
LOCKE LIDDELL & SAPP
2200 Ross Avenue
Suite 2200
Dallas, Texas 75201-6776

Thank you for your assistance.

Sincerely,

*John A. McCauley/bb*

John A. McCauley

JAM:bb
Enclosure
BA2DOCS1/321636

cc:   George E. Bowles, Esquire

------  ~ Cut here

**Attorney Forwarding Receipt**   *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No._____  **5:05cv157**_____

To:   Clerk, U.S. District Court
      500 Stateline Ave, Room 302
      Texarkana TX 75501

District:  _Eastern District of Texas_____

☑ Record Vols: _____ 2 _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☑ 2 Transcripts

Records in above case forwarded to:
Attorney Name: George Bowles
Address: 2200 Ross Avenue Suite 2200
City, State, Zip: Dallas, TX 75201-6776
Signed: _____  Date: 7-16-07