# Exhibit F

**Wilson, Tyra**

**Subject:** FW: RTI v. Abbott - request for production

**From:** Moore, Abigail B. [mailto:abmoore@lockelord.com]
**Sent:** Thursday, March 11, 2010 6:43 PM
**To:** Strain, Kristen H
**Cc:** Strain, Paul F.; McCauley, John A.; Sayers, Jason; Bowles, George E.; Schuster, Paul F.
**Subject:** FW: RTI v. Abbott - request for production

<span style="color:blue">Dear Kristen:</span>

<span style="color:blue">The answers to your questions are in blue below.</span>

<span style="color:blue">Abby Moore</span>

**From:** Strain, Kristen H [mailto:KHStrain@Venable.com]
**Sent:** Monday, March 01, 2010 5:25 PM
**To:** Schuster, Paul F.; Moore, Abigail B.
**Cc:** Bowles, George E.; Strain, Paul F.; McCauley, John A.; Sayers, Jason
**Subject:** RTI v. Abbott - request for production

Dear Paul and Abby,

With regard to Dr. House's calculation of damages, please produce the following documentation or information that was either referenced at Dr. House's deposition, and/or that relates to his calculation of damages, and that in either case is responsive to previously served document requests:

(1)   How the "applied overhead" values in the "2000 absorption calculation.xls, 2001 absorption calculation.xls, and 2009 Q3 Absorption.xls" spreadsheets were calculated, and the underlying cost data (components) used to calculate those values.  The referenced spreadsheets were produced on 2/19/10 without Bates label numbers.  <span style="color:blue">These are spreadsheets that were created by RTI and provided to Dr. House.  The "2000 absorption calculation.xls" is located at RTI188424; the "2001 absorption calculation.xls" is located at RTI188426; the "2009 Q3 Absorption.xls" is located at RTI188422.</span>

(2)   How the Overhead Costs in the COGS history - Locke.xls spreadsheet (produced as RTI187697-719) were calculated, and the underlying cost data (components) used to calculate those overhead costs.  <span style="color:blue">Again, these are spreadsheets that were created by RTI and provided to Dr. House.</span>

(3)   The COGS (Cost of Goods Sold Analysis) history for 2000-2001 (analogous to the COGS history - Locke.xls spreadsheet referenced above).  <span style="color:blue">The history that Retractable has on COGS history for 2000 to 2001 is the information in the spreadsheet identified in (4) below: RTI188045_CONFIDENTIAL.xls.  There was a format change in 2002.  The information in this particular format does not exist for 2002 to 2008.</span>

(4)   A detailed breakdown of cost of sales in RTI's annual statements for 2002-2008, as provided for 2000-2001 in the document produced as RTI188045_CONFIDENTIAL.xls.  <span style="color:blue">Cost of sales information is located in the 10ks at a very high level.  Additionally, the cost of sales information is provided in the Locke.xls spreadsheet referenced in (3) above.  There was a format change in 2002.  The information in this particular format does not exist for 2000 to 2001.</span>

Please let me know if you have any questions concerning this request.

Thank you,

Kristen

**Kristen H. Strain, Esq**. I **Venable LLP**
t 410.494.6270 I f 410.821.0147 I m 443.904.0946
210 W. Pennsylvania Avenue, Towson, MD 21204

KHStrain@Venable.com  I  www.Venable.com


```
************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication
(including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Inte
Code or by any other applicable tax authority; or (b) promoting, marketing or
recommending to another party any tax-related matter addressed herein. We provide this
disclosure on all outbound e-mails to assure compliance with new standards of
professional practice, pursuant to which certain tax advice must satisfy requirements as to
form and substance.
************************************************************************
************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
************************************************************************
```

3/12/2010