IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **RETRACTABLE TECHNOLOGIES INC.,** § § § | |
| **Plaintiff,** § § | **CIVIL ACTION NO. 5:05-CV-157** |
| v. § § | |
| **ABBOTT LABORATORIES, INC.** § § | |
| **Defendant.** § | |

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

This matter has been settled. It is therefore not necessary that this cause of action remain upon the calendar of the Court. Accordingly, it is

**ORDERED, ADJUDGED, and DECREED** that this action shall be, and is, hereby **DISMISSED WITHOUT PREJUDICE**. Complete jurisdiction is retained to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. It is further

**ORDERED** that all other pending motions not expressly granted are hereby **DENIED.**

**SIGNED this 12th day of July, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE